**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JAMES A. C.,

      Plaintiff,

v.                                        CIV. NO. 1:25-cv-01069-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

      Defendant.

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER coming before the Court upon Defendant's Second Unopposed Motion for Extension of Time (the "Motion"), (Doc. 14), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Complaint no later than **April 22, 2026**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

**IT IS SO ORDERED** this 17th day of March, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE